

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD** LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Plaintiff E. Lynn Schoenmann, Trustee

Signed and Filed: June 19, 2018

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SYMPHONIC AUDIO TECHNOLOGIES CORP.,<br><br>Debtor. | Case No. 16-30549-HLB<br><br>Chapter 7 |
| E. LYNN SCHOENMANN, TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>VICTORY CONCEPT ELECTRONICS LTD.,<br><br>Defendants. | Adv. Proc. No. 18-03005<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT VICTORY CONCEPT ELECTRONICS LTD.**<br><br>Date: May 10, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 19<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>Assigned to Honorable Hannah L. Blumenstiel |

This matter came before the Court on May 10, 2018 for hearing on a Motion for Entry of Default Judgment against defendant Victory Concept Electronics Ltd. ("the Motion") filed by plaintiff E. Lynn Schoenmann, Chapter 7 trustee of the bankruptcy estate of Symphonic Audio Technologies Corp. (the "Trustee"). Upon due consideration, after review of the Declaration of Alexander Selig in support of the motion filed by Trustee on May 31, 2018, the Motion is granted. Accordingly, judgment shall be entered in favor of the Trustee against defendant Victory

Concept Electronics Ltd. in the amount of $257,137.70.

IT IS SO ORDERED.

**END OF ORDER**

**SERVICE LIST**

162214\00002\58107766.v1